IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIGUEL SUCH,<br><br>    Plaintiff<br><br>vs.<br><br>MARDIANN HUNSBERGER VINCENT;<br>JEFFREY BEARD; JAWAD SALAMEH,<br>M.D.; ANNETTE KOWALEWSKI;<br>WILBERT BJORKLAND; J. YOUNG, LPN;<br>SUZANNE SMITH, LPN; L. ROMESBURGH,<br>LPN; COMMONWEALTH OF PENNSYLVANIA,<br>DEPARTMENT OF CORRECTIONS;<br>SCI-LAUREL HIGHLANDS; PRISON HEALTH<br>SERVICES, INC.,<br><br>    Defendants | Civil Action No. 06-85J<br>Judge Kim R. Gibson<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 22nd day of March, 2007, after the plaintiff, Miguel Such, filed an action in the above-captioned case, and after motions to dismiss were submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that the Motion to Dismiss submitted by defendants Prison Health Services, Inc. and Jawad Salameh, M.D. ("the Contractor Defendants") [Dkt. No. 17] is granted as to the Ninth Amendment claims and any substantive due process claims and denied in all other respects. IT IS FURTHER ORDERED that the Motion to Dismiss submitted by the

Department of Corrections ("DOC") Defendants [Dkt. No. 19] is granted as to the Ninth Amendment claims; as to any substantive due process claims; as to Count I against DOC, SCI-Laurel Highlands and any official capacity suits against the individual DOC defendants; as to all DOC defendants as to all state law claims except for the three DOC nurse Defendants, Young, Smith and Romesburgh; and that it is denied in all other respects.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

KIM R. GIBSON
United States District Judge

cc: Arthur L. Bloom, Esquire
Arthur Bloom & Associates
310 Grant Street
Suite 530
Pittsburgh, PA 15219

Ernest D. Preate, Jr., Esquire
The Law Office of Attorney Ernest D. Preate, Jr.
507 Linden Street, Suite 600
Scranton, PA 18503

Bryan K. Shreckengost, Esquire
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Mary Lynch Friedline
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Honorable Amy Reynolds Hay
United States Magistrate Judge